USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PHOENIX INSURANCE COMPANY,

                Plaintiff,

-against-

JAMES RIVER INSURANCE COMPANY,

                Defendant.

24-CV-00933 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On February 8, 2024, Plaintiff filed the complaint in this action. Dkt. No. 1. On February 29, 2024, Defendant was served with the summons and complaint; the deadline to answer or otherwise respond to the complaint was March 21, 2024. *See* Dkt. No. 6.

      In light of the fact that Defendant has not answered or otherwise made an appearance in this action, and appears to be in default, it is hereby ORDERED that all dates and deadlines, including the Initial Pretrial Conference scheduled for May 14, 2024, are adjourned *sine die*. It is further ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules & Practices and Local Rule 55 no later than **April 8, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute without further notice.

      Within two business days of the date of this Order, Plaintiff shall serve a copy of this Order, either electronically or by first-class mail, on the Defendant, and shall file proof of such service on ECF within three business days of the date of this Order.

Dated: March 25, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge